Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

**DENIED**
BY ORDER OF

Philip S. Gutierrez
United States Chief District Judge
On: 6/13/23

LINK 23

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXCO, INC., | Case No: 2:22-cv-07135-PSG-KS |
| Plaintiff, | *Hon. Philip S. Gutierrez Presiding* |
| v. | |
| ZOETOP BUSINESS CO., LTD., et al., | **JOINT STATUS REPORT** ; ORDER |
| Defendants. | |

Pursuant to the Court's Order on Request to Vacate All Currently Set Dates (Docket no. 20), Plaintiff Texco, Inc. ("Plaintiff") and Defendants Zoetop Business Co., Ltd. and Shein Distribution Corp. ("Defendants") (collectively, "the parties") hereby respectfully submit the following Joint Status Report.

The parties have exchanged a fully-executed settlement agreement and are now waiting only on full performance under the terms of that agreement. The parties hope to be in a position to dismiss the matter within 45 days. So owing, the parties respectfully request that the Court extend the deadline to dismiss or reopen this case by thirty (30) days, or a date thereafter convenient to the Court, to allow the parties time to perform their obligations under the agreement.

Respectfully submitted,

Dated: June 12, 2023     By:   /s/ *Trevor W. Barrett*
                              Trevor W. Barrett, Esq.
                              Scott Alan Burroughs, Esq.
                              DONIGER / BURROUGHS
                              *Attorneys for Plaintiff*

Dated: June 12, 2023     By:   /s/ *Thomas P. Burke Jr.*
                              Morgan E. Pietz, Esq.
                              Thomas P. Burke Jr., Esq.
                              PIETZ & SHAHRIARI, LLP
                              *Attorneys for Defendants*

2
JOINT STATUS REPORT