Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXCO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ZOETOP BUSINESS CO., LTD., et al.<br><br>Defendants. | Case No.: 2:22-cv-07135-PSG-KS<br><u>Hon. Philip S. Gutierrez Presiding</u><br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)(A)(ii)]** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD,

PLEASE TAKE NOTICE that Plaintiff Texco, Inc. and Defendants Zoetop Business Co., Ltd., individually and doing business as "SheIn," and Shein Distribution Corp., (collectively, the "Parties"), hereby STIPULATE to the following, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii):

1. This entire action is hereby dismissed in its entirety with prejudice; and
2. The Parties will each bear their respective costs and attorney's fees as incurred against one another in connection with this action.

IT IS SO STIPULATED.

Respectfully submitted,

Date: July 5, 2023     By:   /s/ Trevor W. Barrett
                             Scott Alan Burroughs, Esq.
                             Trevor W. Barrett, Esq.
                             DONIGER / BURROUGHS
                             *Attorneys for Plaintiff*

Date: July 5, 2023     By:   /s/ Thomas P. Burke, Jr.
                             Morgan E. Pietz, Esq.
                             Thomas P. Burke, Jr., Esq.
                             PIETZ & SHAHRIARI LLP
                             *Attorneys for Defendants*

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 5, 2023    By:   /s/ Trevor W. Barrett
                             Trevor W. Barrett, Esq.